IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON YATES,

    Petitioner,

  v.

STEWART RYAN, Warden,

    Respondent.
                                        /

No. C 04-02445 WHA

**ORDER SETTING BRIEFING SCHEDULE**

    The Court has received petitioner's "Application for Court to Indicate Willingness to Entertain Rule 60(b) Motion or Other Appropriate Relief." Respondent may file an opposition or other response by **MAY 8, 2007**. Petitioner's reply will be due by **MAY 22, 2007**.

**IT IS SO ORDERED.**

Dated: April 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE