IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON YATES,

    Plaintiff,

  v.

STEWARD RYAN,

    Defendant.
                                  /

No. C 04-02445 WHA

**ORDER SETTING BRIEFING SCHEDULE**

      The Court has received petitioner's request to consider petitioner's Federal Rule of Civil Procedure 60(b) motion. Petitioner shall file an opening brief by **MONDAY, OCTOBER 8, 2007**, at **NOON**. Respondent shall then file an opposition by **OCTOBER 22, 2007**, at **NOON**. Petitioner's reply will be due by **OCTOBER 29, 2007**, at **NOON**. The hearing for the rule 60(b) motion is set for **THURSDAY, NOVEMBER 1, 2007**, at **8:00 A.M.**

      **IT IS SO ORDERED.**

Dated: September 25, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE