1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON YATES,                                          No. C 04-02445 WHA

       Plaintiff,

  v.                                              **ORDER RESETTING BRIEFING**
                                                        **SCHEDULE**
STEWARD RYAN,

       Defendant.

_____/

     An earlier order required respondent to file and serve upon petitioner an answer by
February 15, 2008. Because respondent's counsel has not yet been served with a copy of the
petition, this briefing schedule is vacated. Once respondent has been served, there will be a
new briefing schedule regarding petitioner's habeas petition. A modified schedule is
forthcoming.

     **IT IS SO ORDERED.**

Dated: February 11, 2008.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE