United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON YATES,<br><br>    Plaintiff,<br><br>  v.<br><br>STEWARD RYAN,<br><br>    Defendant.<br>                                       / | No. C 04-02445 WHA<br><br>**ORDER RESETTING BRIEFING SCHEDULE** |

Respondent has been served with a copy of petitioner's habeas corpus petition. Respondent shall file and serve upon petitioner, by **MARCH 27, 2008**, an answer conforming to Rule 5 of the Rules governing Section 2254 cases in the United States District Courts. Respondent shall, by that date, also serve all other materials required by Habeas Local Rule 2254-6(b). The record must be indexed. If petitioner wishes to respond to the answer, he shall file a traverse with the Court and serve it upon respondent **WITHIN THIRTY DAYS OF SERVICE OF THE ANSWER**.

**IT IS SO ORDERED.**

Dated: February 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE