1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON YATES,                                    No. C 04-02445 WHA

        Petitioner,

  v.                                          **ORDER DENYING
                                                 RESPONDENT'S MOTION TO
                                                 ACCEPT 86-PAGE
STEWART RYAN,                                    MEMORANDUM**

        Respondent.

——————————————————————————/

      The Court is sympathetic to the occasional need for an oversized brief.  It has, however,

reviewed portions of respondent's 86-page memorandum of points and authorities in support of

his answer to the petition for writ of habeas corpus and finds the memorandum to be unduly

cumbersome and long.  Respondent should revise the memorandum such that it does not exceed

forty pages, which is slightly longer than the 37-page petition for writ of habeas corpus.  The

revised memorandum of points and authorities in support of the answer is due **THURSDAY,**

**MARCH 27, 2008.**  If petitioner wishes to respond to the answer, he shall file a traverse with the

Court and serve it upon respondent within thirty days of service of the revised answer.

      **IT IS SO ORDERED.**

Dated:  March 12, 2008.

                                ————————————————————
                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE