IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON YATES,

    Petitioner,

  v.

STEWART RYAN, Warden,

    Respondent.
                                      /

No. C 04-02445 WHA

**REQUEST FOR SUPPLEMENTAL INFORMATION**

    In the answer to the petition for writ of habeas corpus, respondent states that some of the claims raised by petitioner were adjudicated on the merits while others were disposed of on procedural grounds. Respondent failed to provide any citations. In order to review the claims with proper deference to the state court and to understand the state court's reasoning, the Court requests that respondent list which state court addressed which claim. Most importantly, respondent should then specifically cite *back to the record*. Please submit this information by **WEDNESDAY, APRIL 9, 2008**, at **NOON**. This should not exceed five pages.

Dated: April 1, 2008.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE